UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,                **ORDER**
                                                            CV 05-1815 (JS) (ARL)
    -against-

SELECT AVIATION CORP., et al.,

                Defendants.
-------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is a handwritten note from the *pro se* defendant, Perry Joseph, annexed to an eight page document entitled "Defendants' Motion to Dismiss or in the Alternative for a More Definite Statement", dated September 20, 2005. The note explains that upon review of the court file on July 27, 2006, Mr. Joseph found that the above-referenced document is missing and inquires as to "what happened to it and what shall I do now?"

      The court has reviewed the docket in this matter. The motion in question is part of the court file and was docketed as item #10 on September 20, 2005. The docket sheet reflects that the motion was denied by District Judge Seybert by endorsed order dated February 13, 2006. Thus, no further action is required.

      Mr. Joseph is reminded that any future written contact with the court must be served on opposing counsel and reflect that such service has been made.

Dated: Central Islip, New York                **SO ORDERED:**
       July 31, 2006

                                                     /s/

                                        _____
                                        ARLENE ROSARIO LINDSAY
                                        United States Magistrate Judge