UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

    Plaintiff,

  -against-

SELECT AVIATION CORPORATION,
d/b/a SELECT AIRLINES CORPORATION,
d/b/a ACE AVIATION, and
PERRY JOSEPH,

    Defendants.
----------------------------------X

ORDER ADOPTING REPORT &
RECOMMENDATION
05-CV-1815(JS)(ARL)

<u>Appearances</u>:
For Plaintiff:  Kenneth A. Stahl, Esq.
      United States Attorneys Office
      Eastern District of New York
      One Pierrepont Plaza, 14th Floor
      Brooklyn, NY 11201

For Defendants:
Perry Joseph  Perry Joseph, <u>Pro</u> <u>se</u>
      1070 Middle Country Road, Suite 6, PMB # 303
      Selden, NY 11784 :  No Appearance

Select Aviation  No Appearance

SEYBERT, District Judge:

  Upon review of the Report and Recommendation of Magistrate Judge Arlene R. Lindsay issued July 21, 2006 ("Report"), to which no party has objected, the Court hereby ADOPTS the Report in its entirety. Magistrate Judge Lindsay previously advised Select Aviation's president Perry Joseph that corporations are not permitted to proceed <u>pro</u> <u>se</u>, and warned him that a default judgment would enter should Select Aviation not retain counsel to defend this action. The docket sheet indicates that the Report was sent to Joseph via registered mail on July 21, 2006.  The time for

filing objections has passed and no objection has been filed. Accordingly, the Court ADOPTS the Report in its entirety and GRANTS Plaintiff's motion for a default judgment against Defendant Select Aviation Corporation.

SO ORDERED

Dated: Central Islip, New York /s/ JOANNA SEYBERT
October 10, 2006 Joanna Seybert, U.S.D.J.